UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JUAN TAPIA et al.                                      :
:
                Plaintiffs,         :
:      21-CV-8778 (VSB)
     -against-                        :
:      **ORDER**
SUPER NORIEGA, LLC et al.,      :
:
                Defendants.         :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Plaintiffs commenced this Fair Labor Standards Act action on October 27, 2021. (Doc. 1.) Based on the affidavits of service filed in this action, Defendants had until November 22, 2021 to respond to Plaintiffs' complaint. (*See* Docs. 17–21.) Defendants never responded. Plaintiffs, however, have taken no further action to prosecute this case. Accordingly, if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than December 28, 2021. If Plaintiffs fail to do so or otherwise demonstrate that they do not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 6, 2021
             New York, New York

                                                  VERNON S. BRODERICK
                                                United States District Judge