```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JUAN TAPIA et al.                                           :
                                                            :
                              Plaintiffs,                   :
                                                            :                 21-CV-8778 (VSB)
                 -against-                                  :
                                                            :                     ORDER
SUPER NORIEGA, LLC et al.,                                  :
                                                            :
                              Defendants.                   :
                                                            :
----------------------------------------------------------- :
                                                            :
                                                            X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiffs commenced this Fair Labor Standards Act action on October 27, 2021. (Doc. 1.) On December 6, 2021, after Defendants had been served but failed to appear, I entered an order directing Plaintiffs to seek default judgment. (Doc. 22.) On December 23, 2021, Plaintiffs and Defendants filed a proposed consent order extending Defendants' time to answer to January 15, 2022. (Doc. 23.) I entered this consent order on December 27, 2021. (Doc. 24.) However, Defendants have yet to file any notices of appearance, and the extended time provided by the consent order has expired. Accordingly, it is hereby

      ORDERED that by January 28, 2022, either Plaintiffs must seek default judgment in accordance with Rule 4(H) of my Individual of my Individual Rules and Practices in Civil Cases, or Defendants must enter notices of appearance and answer or otherwise respond to the complaint filed in this action. A further extension of Defendants' time to respond to the complaint likely will not be granted.

      Failure to comply with this order may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: January 18, 2022
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge