

**Brent R. Pohlman, Esq.**
**Mandelbaum Barrett PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
bpohlman@mblawfirm.com
T: 973-243-7997
F: 973-325-7467

June 21, 2022

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J.   06/22/22
>
> By June 24, 2022, the parties must file a proposed revised case management plan that conforms with the template available on my webpage on the Court's website.

**Via ECF**
Honorable Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    **Juan Tapia et al. vs. Super Noriega LLC et al.;**
                **Case No.: 1:21-cv-8778-VSB**

Dear Judge Broderick:

      Please accept this letter as a joint letter from both Plaintiffs and Defendants providing the Court with a status update regarding the above referenced matter. The Parties participated in initial mediation on Monday, June 20, 2022. Some progress was made, however, there were limited issued of fact that impacted both Parties' ability to negotiate. The Parties agreed to provide each other supplemental information that had not been previously requested and provided, and that the Parties would contact the mediator by July 13, 2022, with updated positions and discuss reconvening the mediation.

      Given the Parties' ongoing discussions, we would request that the Court extend the current discovery deadline so as to avoid the incurrence of additional attorney's fees, which may make the resolution of this matter more difficult. The Parties have enclosed a proposed revised Case Management Plan and Scheduling Order for Your Honor's consideration.

                                                   Respectfully submitted,

                                                   */s/Brent R. Pohlman, Esq.*
                                                      BRENT R. POHLMAN, ESQ.

cc: All Counsel of Record (via ECF)

4857-2687-3893, v. 1