

**Brent R. Pohlman, Esq.**
**Mandelbaum Barrett PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
bpohlman@mblawfirm.com
T: 973-243-7997
F: 973-325-7467

September 22, 2022

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.  09/23/2022
>
> The parties shall file an updated case management plan on the docket reflecting these new discovery deadlines.

**Via ECF**
Honorable Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Juan Tapia et al. vs. Super Noriega LLC et al.;
        Case No.: 1:21-cv-8778-VSB

Dear Judge Broderick:

  As Your Honor is aware, this firm represents all Defendants in the above referenced matter. The purpose of this correspondence is to request a limited extension of discovery for the purposes of completing paper discovery and taking depositions. The Discovery End Date is current set for September 30, 2022. Unfortunately, I was out of the office briefly for a medical condition, however, I have returned. The parties are seeking to complete paper discovery by October 15, 2022 and conclude depositions by November 30, 2022. This request is being made upon consent of my adversary. Of course, this office will provide any additional information that Your Honor requires.

                Respectfully submitted,

                /s/Brent R. Pohlman, Esq.
                 BRENT R. POHLMAN, ESQ.

cc: All Counsel of Record (via ECF)

4879-4444-4980, v. 1