```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
  JUAN TAPIA et al.                           :
                                              :
                            Plaintiffs,       :
                                              :      21-CV-8778 (VSB)
                 -against-                    :
                                              :           ORDER
                                              :
  SUPER NORIEGA, LLC et al.,                  :
                            Defendants.       :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On September 22, 2022, the Defendants, with Plaintiff's consent, requested that I extend the completion of paper discovery to October 15, 2022 and the conclusion of depositions to November 30, 2022.  (Doc. 38.)  On September 23, 2022, I granted the extension request and directed the parties to file a revised case management plan reflecting the extension.  (Doc. 39.)  Accordingly it is hereby

ORDERED that the post-discovery conference scheduled for October 14, 2022 at 1:00 PM is adjourned.

IT IS FURTHER ORDERED that the parties comply with my previous order and submit a revised case management plan reflecting any changes based on the endorsed extension request. (Doc. 39.)

SO ORDERED.

Dated:  October 13, 2022
        New York, New York

*Vernon Broderick*
VERNON S. BRODERICK
United States District Judge