```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JUAN TAPIA et al.                                           :
                                                            :
                                Plaintiffs,                 :
                                                            :         21-CV-8778 (VSB)
                -against-                                   :
                                                            :            ORDER
SUPER NORIEGA, LLC et al.,                                  :
                                                            :
                                Defendants.                 :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On June 16, 2023, the Plaintiffs, writing jointly with the Defendants, requested that I allow the Plaintiffs more time to reach consensus about the Defendants' proposed settlement offer. (Doc. 58.) On June 20, 2023, I granted the request and directed the parties to file by July 7, 2023 "either the finalized settlement or a letter indicating that they were unable to reach a consensus and proposing a case management plan." (Doc. 59.) However, to date, the parties have failed to make either filing. Accordingly it is hereby

ORDERED that by August 7, 2023, the parties comply with my previous order and submit either the finalized settlement or a letter indicating that they were unable to reach a consensus and proposing a case management plan.

SO ORDERED.

Dated:   August 4, 2023
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge