```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JUAN TAPIA et al.,                                          :
                                                            :
                              Plaintiffs,                   :
                                                            :        21-CV-8778 (VSB)
                  -against-                                 :
                                                            :            ORDER
SUPER NORIEGA, LLC et al.,                                  :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On August 7, 2023, pursuant to Local Civil Rule 1.4, counsel for Plaintiffs requested that their representation of Plaintiffs Mario Zamudio, Jesus Ramirez, Alfonso Perez, Saul Perez, Wenceslao Martinez, and Oscar Paz Barojas be withdrawn.  (Doc. 61.)  On August 22, 2023, I denied this request, and, in accordance with Local Civil Rule 1.4, directed counsel to (1) inform the court as to whether they are asserting a retaining or charging lien; and (2) clarify the manner in which they have previously communicated with Plaintiffs Mario Zamudio, Jesus Ramirez, Alfonso Perez, Saul Perez, Wenceslao Martinez, and Oscar Paz Barojas, to allow the court to determine whether service of this application upon Plaintiffs' last known home addresses is sufficient.  (Doc. 63.)  However, to date, counsel has failed to make either filing.  Accordingly it is hereby

ORDERED that by October 4, 2023, the parties comply with my previous order and (1) inform the court as to whether they are asserting a retaining or charging lien; and (2) clarify the manner in which they have previously communicated with Plaintiffs Mario Zamudio, Jesus Ramirez, Alfonso Perez, Saul Perez, Wenceslao Martinez, and Oscar Paz Barojas, to allow the court to determine whether service of this application upon Plaintiffs' last known home

addresses is sufficient.

SO ORDERED.

Dated:  September 27, 2023
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge